# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PENA, <br><br> Petitioner, <br><br> v. <br><br> JOE LIZZARAGA, <br><br> Respondent. | Case No. CV 17-5574-AG (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: March 31, 2018

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE